FILED
JUL - 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF )
10812 Brookwood Ave )
Plaintiff, Upper Marlboro, MD )
20772 )
v. )
)
)
)
UNITED STATES DEPARTMENT OF )
TRANSPORTATION, )
And, 800 Independence Ave, S.W )
Washington, D.C. 20591 )
)
FEDERAL AVIATION ADMINISTRATION )
800 Independence Ave, S.W )
Defendants. Washington, DC 20591 )

CASE NUMBER   1:05CV01367

JUDGE: Ricardo M. Urbina

DECK TYPE: Administrative Agency Review

DATE STAMP: 07/08/2005

## COMPLAINT

COMES NOW, Plaintiff, Phillip S. Woodruff, and respectfully submits this Complaint under 5 U.S.C. §5584 and other applicable laws, and in furtherance thereof states:

1. This claim arises from a decision made by the U.S. Department of Transportation, Federal Aviation Administration on or about May 11, 2005 regarding a waiver request for an alleged salary overpayment in the amount of $13,869.24 from 1997 through 1999.

2. These alleged overpayments were created by retroactive and fraudulent payroll manipulation by agency management in years subsequent to the alleged overpayment claims.

3. Plaintiff was on total disability at the time these alleged overpayments occurred.

4. Underpayments are due to the Plaintiff by the agency because of erroneous time reports created by agency management administrative errors.

5. Workers' Compensation and Leave Without Pay (LWOP) was authorized during this period and following but was denied by the agency requiring Plaintiff to use sick leave and annual leave and other payroll anomalies.

6. Defendants fraudulently submitted incorrect payroll data into the system creating overpayments, underpayments, leave errors, tax errors, TSP and other incorrect and damaging information which has never been corrected.

7. Plaintiff was not given notice timely of these alleged overpayments.

8. Plaintiff has continuously tried to resolve this matter with agency management, however management continues to change and fails to acknowledge any responsibility.

9. Plaintiff denies that he owes the alleged $13,869.24. Plaintiff has been in fact damaged due to the mismanagement of Plaintiff's payroll by the agency. As a result of this mismanagement, Plaintiff has suffered underpayments to his payroll, damage to his TSP and other financial damage that far exceed the $13,000 claim for alleged overpayment. Nothing has been done by the agency to correct the underpayment errors or damage to his TSP, etc.

**WHEREFORE,** Plaintiff respectfully requests this court to:

(a) Deny the Agency's claim and collection of the alleged overpayment of $13,869.24, and further

(b) Grant Plaintiff reimbursement of monies owed as a result of underpayment of payroll, leave errors, TSP errors and tax errors, and other related errors, and further

(c)    Correction of all administrative and payroll records; and further

(d)    For such other relief that the Court may deem necessary.

Respectfully submitted,

*[signature]*

Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, MD 20772
(301) 868-9383
*Plaintiff*

### CERTIFCATE OF SERVICE

I HEREBY CERTIFY, that on this ___8___ day of ___July___, 2005, a copy of the above pleading was sent via first class mail, postage prepaid to:

Chief Counsel
U.S. Department of Transportation
Federal Aviation Administration
800 Independence Avenue, S.W.
Washington, D.C. 20591

*[signature]*

Phillip S. Woodruff

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF,                )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
                                    ) Case No.:
                                    )
UNITED STATES DEPARTMENT OF         )
TRANSPORTATION,                     )
                                    )
And,                                )
                                    )
FEDERAL AVIATION ADMINISTRATION     )

    Defendants.

## REQUEST FOR JURY TRIAL

    Plaintiff, Phillip S. Woodruff, respectfully request this Court for a Jury Trial in the above captioned matter.

                                                               Respectfully submitted,

                                                                _____
                                                                 Phillip S. Woodruff

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY, that on this __8__ day of __July__, 2005, a copy of the above pleading was sent via first class mail, postage prepaid to:

Chief Counsel
U.S. Department of Transportation
Federal Aviation Administration
800 Independence Avenue, S.W.
Washington, D.C. 20591