UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF, )
 )
  Plaintiff, )
 )
v. )
 )
 ) Case No.: RMU 1:05CV01367
UNITED STATES DEPARTMENT OF )
TRANSPORTATION, )
 )
And, )
 )
FEDERAL AVIATION ADMINISTRATION )
 )
  Defendants. )

---

### AFFIDAVIT OF SERVICE

I, Phillip S. Woodruff, hereby declare that on the 25th day of July, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested to Kenneth L. Wainstein, U.S. Attorney. Attached hereto is the green card acknowledging service.

[Attached: USPS PS Form 3811 Domestic Return Receipt, addressed to:
Kenneth L. Wainstein, U.S. Attorney for the District of Columbia, 555 4th Street, N.W., Washington, D.C. 20001.
Article Number: 7002 2410 0005 2560 7290. Service Type: Certified Mail, Return Receipt for Merchandise.]

_[signature]_
Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, Maryland 20772
(301) 868-9383
*Plaintiff*

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY, that on this __5__ day of __August__, 2005, a copy of the above pleading was sent via postage prepaid, first class mail to:

Norman Y. Mineta
Secretary of Transportation
United States Department of Transportation
400 7th Street, S.W.
Washington, D.C. 20590

Alberto R. Gonzales
U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Kenneth L. Wainstein
U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001

Andrew B. Steinberg, Chief Counsel
U.S. Department of Transportation
Federal Aviation Administration
800 Independence Avenue, S.W.
Washington, D.C. 20591

_[signature]_
Phillip S. Woodruff