UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF,           )
                               )
   Plaintiff,                  )
                               )
v.                             )
                               )
                               )  Case No.: RMU 1:05CV01367
                               )
UNITED STATES DEPARTMENT OF    )
TRANSPORTATION,                )
                               )
And,                           )
                               )
FEDERAL AVIATION ADMINISTRATION )

   Defendants.

## AFFIDAVIT OF SERVICE

I, Phillip S. Woodruff, hereby declare that on the 25th day of July, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested to Alberto R. Gonzales, U.S. Attorney General. Attached hereto is the green card acknowledging service.

[Attached USPS PS Form 3811 Domestic Return Receipt showing:
- Article addressed to: Alberto R. Gonzales, U.S. Attorney General, 950 Pennsylvania Ave, N.W., Washington, D.C. 20530
- Service Type: Certified Mail; Return Receipt for Merchandise
- Article Number: 7002 2410 0005 2560 7306
- Signature received, date stamp]

_____
Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, Maryland  20772
(301) 868-9383
*Plaintiff*

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY, that on this __5__ day of __August__, 2005, a copy of the above pleading was sent via postage prepaid, first class mail to:

Norman Y. Mineta
Secretary of Transportation
United States Department of Transportation
400 7th Street, S.W.
Washington, D.C.  20590

Alberto R. Gonzales
U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C.  20530

Kenneth L. Wainstein
U.S. Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20001

Andrew B. Steinberg, Chief Counsel
U.S. Department of Transportation
Federal Aviation Administration
800 Independence Avenue, S.W.
Washington, D.C.  20591

_____
Phillip S. Woodruff