UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF, )
                     )
  Plaintiff,         )
                     )
v.                   )
                     )  Case No.: RMU 1:05CV01367
                     )
UNITED STATES DEPARTMENT OF )
TRANSPORTATION,      )
                     )
And,                 )
                     )
FEDERAL AVIATION ADMINISTRATION )
                     )
  Defendants.

---

### AFFIDAVIT OF SERVICE

I, Phillip S. Woodruff, hereby declare that on the 25th day of July 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested to Andrew B. Steinberg, Chief Counsel, FAA. Attached hereto is the green card acknowledging service.

[Attached: PS Form 3811 Domestic Return Receipt, addressed to Andrew B. Steinberg, Chief Counsel, Federal Aviation Administration, 800 Independence Ave., S.W., Washington, D.C. 20591. Received by M. Scott on 8/2/05. Article Number 7002 2410 0005 2560 7313. Certified Mail, Return Receipt for Merchandise.]

/s/ Phillip S. Woodruff

Phillip S. Woodruff  
10812 Brookwood Avenue  
Upper Marlboro, Maryland 20772  
(301) 868-9383  
*Plaintiff*

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY, that on this __8__ day of __August__, 2005, a copy of the above pleading was sent via postage prepaid, first class mail to:

Norman Y. Mineta  
Secretary of Transportation  
United States Department of Transportation  
400 7th Street, S.W.  
Washington, D.C. 20590

Alberto R. Gonzales  
U.S. Attorney General  
950 Pennsylvania Avenue, N.W.  
Washington, D.C. 20530

Kenneth L. Wainstein  
U.S. Attorney for the District of Columbia  
555 4th Street, N.W.  
Washington, D.C. 20001

Andrew B. Steinberg, Chief Counsel  
U.S. Department of Transportation  
Federal Aviation Administration  
800 Independence Avenue, S.W.  
Washington, D.C. 20591

/s/ Phillip S. Woodruff

Phillip S. Woodruff