UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. WOODRUFF, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES DEPARTMENT OF TRANSPORTATION, </br></br> And </br></br> FEDERAL AVIATION ADMINISTRATION </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )  Civil Action No. 05-1367 (RMU) </br> )  ECF </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## PRAECIPE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Benton G. Peterson as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____

BENTON G. PETERSON
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4905
Washington, D.C.  20530
(202) 514-7238

Dated:  August 12, 2005

## **CERTIFICATE OF SERVICE**

I certify that the foregoing **Praecipe** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> PHILLIP S. WOODRUFF
> 10812 Brookwood Avenue
> Upper Marlboro, Maryland 20772

on this 12th day of August, 2005.

_____
BENTON G. PETERSON
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530