UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. WOODRUFF, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>TRANSPORTATION, )<br>)<br>And )<br>)<br>FEDERAL AVIATION ADMINISTRATION )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 05-1367 (RMU)<br>ECF |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendant, by and through undersigned attorneys, hereby respectfully requests an enlargement of time, to and including October 31, 2005, within which to file a response to plaintiff's complaint. Presently, defendant's filing is due on September 30, 2005. This is undersigned counsel's first request for an enlargement of time for this purpose. Undersigned counsel has discussed this motion with *pro se* plaintiff, and he consents to this request.

There is good cause for this motion. Additional time is necessary in order for the agency to provide information and materials necessary for the Government's dispositive motion to undersigned counsel. The agency's efforts in that regard have been hampered by the absence of agency counsel from the office for three weeks for family medical reasons. Once those materials are received from the agency, they will need to be incorporated into defendant's brief.

For the foregoing reasons, defendant respectfully requests that this consent motion for an enlargement of time be granted.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


_____
BENTON G. PETERSON, WI. Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C. 20530
(202) 514-7238;(202) 514-8780 (Facsimile)
 **Benton.Peterson@usdoj.gov**

Case 1:05-cv-01367-RMU    Document 7    Filed 09/22/2005    Page 3 of 3