UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. WOODRUFF, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>TRANSPORTATION, )<br>)<br>And )<br>)<br>FEDERAL AVIATION ADMINISTRATION )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 05-1367 (RMU)<br>ECF |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendants, by and through undersigned attorneys, hereby respectfully request an enlargement of time, to and including November 7, 2005, within which to file a response to plaintiff's complaint. Presently, defendant's filing is due on October 31, 2005. This is undersigned counsel's second request for an enlargement of time for this purpose. Undersigned counsel has discussed this motion with *pro se* plaintiff, and he consents to this request.

There is good cause for this motion. Additional time is necessary in order for the agency to provide information and materials necessary for the Government's dispositive motion to undersigned counsel. Taking into consideration the previous medical issues concerning agency counsel's family, the undersigned anticipated receiving the necessary information from the agency last week in order to file the response today. The undersigned made several attempts to obtain the information (including calls to other attorneys within the agency) however was unsuccessful. Additionally, the undersigned made attempts to obtain the information from other

sources but was unsuccessful. After leaving several messages with the agency, the undersigned was finally able to contact agency counsel today at her residence. After discussion with agency counsel it became apparent that the undersigned would need more information before filing a response. The undersigned learned today that unforseen emergency medical complications concerning agency counsel's family impeded communication of the necessary information. During this medical emergency agency counsel was not in the office and did not return phone calls. New arrangements have been made to secure the necessary information. Once those materials are received from the agency, they will need to be incorporated into defendants' brief. In an abundance of caution, the undersigned requests a week to file defendants' response, although the defendants anticipate being able to file the response sooner. The undersigned counsel is cognizant of this Court's four day rule regarding motions for enlargements and seeks the Court's understanding considering the unusual medical circumstances causing this short delay.

      For the foregoing reasons, defendants respectfully request that this consent motion for an enlargement of time be granted.

                                                            Respectfully submitted,

                                                            KENNETH L. WAINSTEIN, D.C. Bar #451058
                                                            United States Attorney

                                                            R. CRAIG LAWRENCE, D.C. Bar #171538
                                                           Assistant United States Attorney

                                          _____
                                          BENTON G. PETERSON, WI. Bar #1029849
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 4th Street, N.W. – Civil Division
                                          Washington, D.C.  20530
                                          (202) 514-7238;(202) 514-8780 (Facsimile)
                                          **Benton.Peterson@usdoj.gov**