UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. WOODRUFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | Case No.: Civil Action No. 05-1367 (RMU) |
| TRANSPORTATION, ) | |
| ) | |
| And, ) | |
| ) | |
| FEDERAL AVIATION ADMINISTRATION ) | |
| ) | |
| Defendants. | |

### ORDER

It is hereby **ORDERED,** on this _____ day of _____, 2006, that the Defendant's Motion to Dismiss or to Transfer is **DENIED,** and it is further

**ORDERED,** that he Defendant is restrained from any collection action, and it is further

**ORDERED,** that the Defendant's Request for Overpayment be and hereby is **DISMISSED AND DENIED.**

 

Honorable Ricardo M. Urbina
United States District Judge

cc: Phillip S. Woodruff, Plaintiff
    Benton Peterson, Asst., U.S. Attorney