## ADMINISTRATIVE REPORT

**Name of Waiver Applicant:**
Phillip S. Woodruff

**Mailing Address:**
10812 Brookwood Avenue
Upper Marlboro, MD 20772

**Report Number:** AWA-03-6

**Region where waiver decision made:** Washington Headquarters

Gross Amount of Request: $13,869.24

SUMMARY OF WAIVER REQUEST: An employee injured on the job received workmen's compensation as well as pay from the Federal Aviation Administration.

### Facts

On September 29, 1995, Mr. Phillip S. Woodruff, Supervisory Public Affairs Specialist, slipped on a tile floor and felled on his right side in the hallway at his workplace. He did not return to work until October 3, 1995.

Mr. Woodruff did not work from April 30, 1997 until February 1, 1998. He returned to work on a part-time schedule with the opportunity to have flexible work schedules, to work from home, and to work from a telecommuting center in Waldorf, Maryland. Mr. Woodruff started working full-time in March 1998.

On September 3, 1998, Mr. Woodruff's supervisor withdrew his flexible work schedules and telecommuting arrangements.

Mr. Woodruff received workmen's compensation for pay periods 9710 thru 9803 and pay periods 9902 thru 9907 from the Department of Labor. He also received pay from the Federal Aviation Administration for the same pay periods. Mr. Woodruff's indebtedness occurred when he was overpaid due to a T&A processing error.

When an employee is receiving workmen's compensation, they are automatically placed in a leave without pay (LWOP) status. Mr. Woodruff was not entitled to receive pay because he was in an LWOP status.

### Criteria

A GAO decision parallels Mr. Woodruff's situation. The decision (GEER, 91 FBPR 1069, July 2, 1991) denies an employees request for a waiver to retain duplicate salary payments. Waiver is denied since the employee had both informal and formal notice of the erroneous payments. An employee who


GOVERNMENT EXHIBIT 2

erroneous cannot reasonably expect to retain and should make provision for eventual repayment.

### Recommendation

In view of the above circumstances, we recommend that the request for waiver of overpayment of the amount of $13,869.24 be denied.

### List of Attachments

A. Memorandums dated July 27, 1998 and May 3, 1999, signed by Valencia S. Steed, DOT Modes WA/CT Payroll Office;

B. Copy of Bill of Collection dated January 30, 2003;

C. Waiver request dated February 13, 2003;

D. Copy of the GAO GEER decision.

Grant _____  Deny ✓

Gross Amount: $13,869.24

_John F. Hennigan_  7/27/04
Deputy Assistant Administrator  Date
for Financial Services, ABA-2