

U.S. Department
of Transportation
Federal Aviation
Administration

# **MEMORANDUM**

| | |
|---|---|
| CONCURRENCES | |
| ROUTING SYMBOL | AFM-330 |
| INITIALS/SIG | PDC |
| DATE | 11/8/05 |
| ROUTING SYMBOL | AFM-330 |
| INITIALS/SIG | DAO |
| DATE | 10/8/05 |
| ROUTING SYMBOL | AGC-30 |
| INITIALS/SIG | WAT |
| DATE | 4/5/05 |
| ROUTING SYMBOL | AFM-2 |
| INITIALS/SIG | MF |
| DATE | 4/6/05 |
| ROUTING SYMBOL | AFM-600 |
| INITIALS/SIG | ashl |
| DATE | 4/8/05 |
| ROUTING SYMBOL | ABA-2 |
| INITIALS/SIG | JFH |
| DATE | 5/10/05 |
| ROUTING SYMBOL | |
| INITIALS/SIG | |
| DATE | |
| ROUTING SYMBOL | |
| INITIALS/SIG | |
| DATE | |

Subject: **ACTION:** Request for Appeal -
Phillip S. Woodruff

Date: APR 1 3 2005

From: Director of Financial Management, AFM-1

Reply to
Attn. of:

To: Assistant Administrator for Financial Services,
Chief Financial Officer, ABA-1

Mr. Phillip S. Woodruff submitted a waiver request for salary overpayment in the amount of $13,869.24 to the Washington Headquarters (Attachment A). Mr. Woodruff's request was denied by the Deputy Assistant Administrator for Financial Services on July 27, 2004 (Attachment B). Mr. Woodruff submitted an appeal request to the Washington Headquarters on August 17, 2004 (Attachment C).

On September 29, 1995, Mr. Phillip S. Woodruff, Supervisory Public Affairs Specialist, slipped on a tile floor and fell on his right side in the hallway at his workplace. He did not return to work until October 3, 1995.

Mr. Woodruff received workmen's compensation for pay periods 9710 thru 9803 and pay periods 9902 thru 9907 from the Department of Labor. He also received pay from the Federal Aviation Administration for the same pay periods. Mr. Woodruff's indebtedness occurred when he was overpaid due to a T&A processing error.

In Mr. Woodruff's appeal request he states, "These overpayment bills were "created" by amended time and attendance reports following my return to duty as a result of my continued notification to management of the problems with my payroll including underpayments, TSP, tax issues, overpayments as well as other payroll and personnel issues which occurred during my absence and which continued following my return."

Mr. Woodruff's appeal does not provide any new information to support a waiver of his overpayment.

In view of the above and with the knowledge that we have, we believe that Mr. Woodruff's appeal request should be denied.

OFFICIAL FILE COPY



GOVERNMENT EXHIBIT 3

Please indicate your decision by marking either grant or deny, signing and dating the box below.

/s/

Tim Lawler

Attachments

| Appeal request by Phillip S. Woodruff | |
|---|---|
| Grant _____ | Deny ____✓____ |
| Gross Amount: $13,869.24 | |
| __Ramesh K. Punwani__ | MAY 1 1 2005 |
| Assistant Administrator for Financial Services, | Date |

File:
WP: S:\AFM300\AFM330\SHARE\AFM330\Waiver\PWoodruffapp.doc
AFM-330:PCurington:PDC:267-7778:09/22/2004