## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PHILLIP S. WOODRUFF, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action. No.:   05-1367 (RMU) |
| | : | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, and | : | Document No.:   9 |
| | : | |
| FEDERAL AVIATION ADMINISTRATION, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 21st day of August, 2006,

**ORDERED** that the defendants' motion to  motion to transfer the case to the Court of Federal Claims is **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA<br>
United States District Judge